**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **CHARLES DAVIS, SR.,** | ) |
| Plaintiff, | ) |
| -vs- | ) No. 3:02-cv-592-DGW |
| **CHUCK SIMS,** | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

This action was scheduled and called before the Court for a trial by jury on January 30, 2006. Plaintiff did not appear. Case dismissed by Doc. 31 on Defendant's oral Motion to Dismiss Plaintiff's Complaint with prejudice for failure to appear and want of prosecution.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Court's Order [Doc. 31] rendered on January 30, 2006, judgment is entered in favor of Defendant **CHUCK SIMS** and against Plaintiff **CHARLES DAVIS, SR.**

**IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that pursuant to the Order of the Court dated January 15, 2003, Defendant Paul Spaur is terminated.

Plaintiff shall take nothing from this action.

**DATED** this 1st day of February, 2006.

NORBERT G. JAWORSKI, CLERK

BY: /s/ Robin Butler
Deputy Clerk

Approved by: /s/ Donald G. Wilkerson
DONALD G. WILKERSON
UNITED STATES MAGISTRATE JUDGE